UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2020

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JAMAL HUNTER, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2119(1) |
| Defendant. | : | (Carjacking) |
| | : | 18 U.S.C. § 924(c)(1)(A)(ii) |
| | : | (Using, Carrying, Possessing, and |
| | : | Brandishing a Firearm During and in |
| | : | Relation to a Crime of Violence) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 27, 2020, within the District of Columbia, **JAMAL HUNTER**, took a motor vehicle, that is, a Toyota Corolla, that had been transported, shipped, or received in interstate commerce, from the person or presence of W.A., by force, violence, and intimidation, with the intent to cause death or serious bodily harm.

(**Carjacking**, in violation of Title 18, United States Code, Section 2119(1))

## COUNT TWO

On or about September 27, 2020, within the District of Columbia, **JAMAL HUNTER**, did unlawfully and knowingly use, carry, possess, and brandish during and in relation to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, Count One of this Indictment, which is incorporated herein, a firearm.

**(Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Crime of Violence**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii))

A TRUE BILL:

FOREPERSON.

*Michael R. Sherwin/MZ*
Attorney of the United States in
and for the District of Columbia.